**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA

v.                                        No. 4:08CR00377 JLH

CARLOS LAMONT BROWN

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 4, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

> $714.00 in United States Currency
> Gateway laptop Computer, Model MT6711, P/N IMA7A000105
> Laptop Carrying Case
> Power Cord
> ROHS Card Reader, a/k/a Skimming Device bearing #41
> Magnetic Stripe Card Reader/Writer, Model MSR505C w/ Power cord

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on November 27, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 982(a)(2)(B) and Title 18, U.S.C.§ 1029(2)(1)(c) .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

    $714.00 in United States Currency
    Gateway laptop Computer, Model MT6711, P/N IMA7A000105
    Laptop Carrying Case
    Power Cord
    ROHS Card Reader, a/k/a Skimming Device bearing #41
    Magnetic Stripe Card Reader/Writer, Model MSR505C w/ Power cord

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 982(a)(2)(B) and Title 18, U.S.C. § 1029(2)(1)(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 12th day of February, 2010.

                                        */s/ J. Leon Holmes*
                                        UNITED STATES DISTRICT JUDGE